JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 274 -- IN RE DOXYCYCLINE PATENT ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 9/13/76 | 1. | MOTION W/SUPPORTING BRIEF -- Pfizer Inc. -- with Schedule A of three actions and certificate of service on counsel and courts. REQUESTED TRANSFEREE FORUM: Central District of California |
| 9/21/76 | 1/a | EXHIBIT B TO MOTION -- MOVANTS -- w/cert. of service |
| 9/24/76 | | LETTER TO MOVANT's COUNSEL Joe A. Walters, Esquire requesting that he inform the Panel of the New Civil Action Numbers in the Central District of California to further process the motion. |
| 9/24/76 | 2 | RESPONSE -- AMERICAN MEDICAL CENTERS, INC. w/cert. of service |
| 9/27/76 | | APPEARANCE -- Joe A. Walters, Esquire -- PHIZER, INC. Elwood S. Kendrick, Esquire -- AMERICAN MEDICAL CENTERS, INC Sidney S. Rosdeitcher, Esq. -- USV PHARMACEUTICAL CORP. Peter R. Cohen, Esquire -- INTERNATIONAL RECTIFIER CORP., RACHELLE LABORATORIES, ITALIA, SPA: RACHELLE LABORATORIES, INC., RACHELLE PHARMACEUTICALS, INTERNATIONAL S.A., RACHELLE LABORATORIES (PHILLIPINES) INC. |
| ~~10/18/76~~ | | ~~HEARING ORDER -- Setting A-1, A-2, A-3 For Hearing 12/03/76, Wash., D.C.~~ |
| 11/4/76 | | HEARING ORDER -- Setting A-1, A-2, A-3 For Hearing, Dec. 3, 1976 San Diego, California |
| 11/9/76 | | JUDGE PENCE ORDER Dismissing California actions |
| 11/9/76 | | ORDER -- DENYING TRANSFER AS MOOT -- VACATING Hearing order Notified clerks, involved judges, counsel |
| 11/16/76 | | LETTER -- J. Pence stating A-1 is still pending and Letter XXXX from Counsel for Pfizer stating parts of A-1 is still pending |
| 11/16/76 | | ORDER -- VACATING 11/9/76 Order and Reinstating Hearing Order of November 4, 1976. Notified clerk and involved counsel and involved judge |
| 11/30/76 | | WAIVER OF ORAL ARGUMENT FOR 12/3/76 HEARING -- All Parties |
| 12/30/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE MARTIN PENCE TO HANDLE LITIGATION IN THE C.D. OF CALIFORNIA UNDER 28 U.S.C. §1407. |
| 12/30/76 | | MINUTE ORDER -- TRANSFERRING A-3 TO THE C. D. OF CALIFORNIA TO BE COORDINATED OR CONSOLIDATED WITH A-1 FOR PRETRIAL PROCEEDINGS UNDER 28 U.S.C. §1407 BEFORE JUDGE PENCE. |

DOCKET NO. __274__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DOXYCYCLINE PATENT ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____     Consolidation Denied _____

Opinion and/or Order __12/30/76__

Citation _____

Transferee District __C. D. CALIFORNIA__     Transferee Judge __MARTIN PENCE (D. HAWAII)__

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Pfizer Inc. v. International Rectifier Corp., et al. | C.D.Cal. Pence | 73-58R | | | 4/29/83 | |
| A-2 | Pfizer Inc. v. Revlon, Inc. | C.D.Cal. Pence | 74-1927 | Dismissed prior to Order. | | | |
| A-3 | American Medical Centers, Inc. v. Pfizer Inc. | Minn. Lord | 4-75 562 | 12/30/76 | 77-440(P) | 4/29/83 | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 274 -- IN RE DOXYCYCLINE PATENT ANTITRUST LITIGATION

---

**PFIZER, INC.**
Joe A. Walters, Esquire
O'Connor & Hannon
3800 IDS Tower
80 South Eighth Street
Minneapolis, Minnesota  55402

**AMERICAN MEDICAL CENTERS, INC.**
Elwood S. Kendrick, Esquire
Kendrick, Netter, Orr & Bennett
612 South Flower Street
Suite 1200
Los Angeles, California  90017

**USV PHARMACEUTICAL CORP.**
Sidney S. Rosdeitcher, Esquire
Paul, Weiss, Rifkind, Wharton
  & Garrison
345 Park Avenue
New York, New York  10022

**INTERNATIONAL RECTIFIER CORP.**
**RACHELLE LABORATORIES ITALIA, S.p.A**
**RACHALLE LABORATORIES, INC.**
**RACHELLE PHARMACEUTICALS**
  **INTERNATIONAL, S.A.**
**RACHELLE LABORATORIES (PHILIPPINES)**
  **INC.**
Peter R. Cohen, Esquire
Cohen & Riordan
9601 Wilshire Boulevard
Suite 200
Beverly Hills, California  90210