JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC 30 1976

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 274

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DOXYCYCLINE PATENT-ANTITRUST LITIGATION

TRANSFER ORDER

It appearing that all parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transfer of the action pending in the District of Minnesota to the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district[1] before the Honorable Martin Pence, sitting by designation under 28 U.S.C. §292(b), and the Panel having found upon consideration of the papers submitted that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the action listed on the attached Schedule A and pending in the District of Minnesota be, and the same hereby is, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Martin Pence, sitting by designation under 28 U.S.C. §292(b), for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*John Minor Wisdom*

John Minor Wisdom
Chairman

---

[1] A second action filed in the Central District of California was also included in the motion before the Panel but has since been dismissed. Thus, the question of its transfer under Section 1407 has become moot.

DOCKET NO. 274

## SCHEDULE A

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pfizer Inc. v. International Rectifier Corp., et al. | Civil Action No. 73-58 |

### DISTRICT OF MINNESOTA

| | |
|---|---|
| American Medical Centers, Inc. v. Pfizer | Civil Action No. 4-75-562 |